Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SILAS BLAKE AXTELL, an Attorney.— Reference ordered to Hon. James A. O'Gorman, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of BERNARD BUDNICK, an Attorney, Admitted to Practice of Law under Name of BARNEY BUDNICK.— Reference ordered to Louis V. Bright, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of ABRAHAM A. COHEN, an Attorney.— Reference ordered to Hon. Joseph Rowan, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MORRIS DURST, an Attorney.— Reference ordered to Geoffrey Konta, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of LOUIS FEUERMAN, an Attorney.— Reference ordered to Hon. William N. Cohen, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of HARRY FIELDSTEEL, Formerly Known as HARRY FELDSTEIN, an Attorney.— Reference ordered to Edward S. Dore, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of DAVID M. FINK, an Attorney.— Reference ordered to Hon. Cyrus C. Miller, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of FRED FLATOW, an Attorney.— Reference ordered to Hon. Robert C. Morris, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SAMUEL FLATOW, an Attorney.— Reference ordered to Chauncey B. Garver, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JACQUIN FRANK, an Attorney.— Reference ordered to Hon. Cyrus C. Miller, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JACOB M. FRIEDMAN, an Attorney.— Reference ordered to Geoffrey Konta, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of ABRAHAM GELMAN, an Attorney.— Reference ordered to Dean Emery, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JOSEPH JEROMER, an Attorney.— Reference ordered to Edgar J. Nathan, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of LOUIS L. KATZ, an Attorney.— Reference ordered to Philip J. Britt, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SAMUEL KOPLETON, an Attorney.— Reference ordered to Morris Hillquit, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of HARRY E. KREINDLER, an Attorney.— Reference ordered to